THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO: 22-01797/MCF |
|---|---|
| DAMARYS FIGUEROA RIVERA | CHAPTER 13 |
| DEBTOR | |

## CERTIFICATE OF SERVICE
## RE: AMENDED CHAPTER 13 PLAN
## DATED AUGUST 18, 2022, DOCKET NO. 15

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for the Debtor, certify that on August 18, 2022, a true copy of the Debtor Amended Chapter 13 Plan, in the above captioned case, Docket No. 15, was sent via U.S. Postal Service certified mail to the following:

**Oriental Bank, PO Box 364745, San Juan PR 00936**
**Certified mail no. 70171070000105980578**

**Oriental Bank c/o José Rafael Fernández, President, PO Box 195115, San Juan PR 00919**
**Certified mail no. 70171070000105980608**

**William Santiago Sastre, Esq, Attorney for Oriental Bank, De Diego Law Offices PSC, PO Box 79552, Carolina PR 00984**
**Certified mail no. 70171070000105980561**

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 18th day of August, 2022.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699; 787-963-7699
Email: rfc@rfigueroalaw.com

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee: $4.00

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage: $0.84

Total Postage and Fees: $8.09

Postmark Here: 08/13/2022

Sent To: Oriental Bank c/o Jose Rafael Fernandez, President
Street and Apt. No., or PO Box No.:
City, State, ZIP+4:

7017 1070 0001 0598 8080

PS Form 3800, April 2015

---

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee: $4.00

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage: $0.84

Total Postage and Fees: $8.09

Postmark Here: 08/13/2022

Sent To: William Santiago Sastre, Esq. — Attorney Oriental Bank
Street and Apt. No., or PO Box No.: PO Box 79552
City, State, ZIP+4: Carolina P.R. 00984

7017 1070 0001 0598 0561

PS Form 3800, April 2015

---

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee: $4.00

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage: $0.84

Total Postage and Fees: $8.09

Postmark Here: 08/13/2022

Sent To: Oriental Bank
Street and Apt. No., or PO Box No.: PO Box 364745
City, State, ZIP+4: San Juan P.R. 00936



7017 1070 0001 0598 0578

PS Form 3800, April 2015