# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **DAMARYS FIGUEROA RIVERA**
SSN xxx-xx-7042

CASE NO: **22-01797-MCF**

Debtor(s)

**Chapter 13**

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**   Paid Pre-Petition: **$392.00**   Outstanding (Through the Plan): **$3,608.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00   Estimated Priority Debt: $0.00**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Sep 27, 2022   (Dkt  32)**     Plan Base: **$39,196.00**

**The Trustee:**   ☐ **DOES NOT OBJECT**   ☑ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: 5.59 %

The Trustee objects to confirmation for the following reasons:

[1325(a)(6)] Feasibility – Debtor(s) does not has/have the capacity to make proposed plan payments.

Debtor listed $560.00 of WIO income. This is a stipend, as she is studying. She is studying how to make window screens, build windows and doors, cabinet making, etc. The stipend checks submitted show, however, a monthly income between $125.00 and $275.00. Debtor said she receives the $500.00 checks when she has to buy materials for the class. Debtor must review income, as it appears that her WIO income is less than reported. Even if she receives $500.00 for the purchase of materials, the expense for said materials was not included in Schedule J.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: September 29, 2022

/s/ Mayra Arguelles, Esq.

Last Docket Verified: 32   Last Claim Verified: 5   CMC: NM