# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE: **DAMARYS FIGUEROA RIVERA**
SSN xxx-xx-7042

Debtor(s)

CASE NO: **22-01797-MCF**

**Chapter 13**

---

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**     Paid Pre-Petition: **$392.00**     Outstanding (Through the Plan): **$3,608.00**

---

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00   Estimated Priority Debt: $0.00**

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00**

With respect to the (amended) Plan date: **Dec 23, 2022  (Dkt  47)**      **Plan Base: $**39,196.00

**The Trustee:**   ☐ **DOES NOT OBJECT**   ☑ **OBJECTS**   **Plan Confirmation**   Gen. Uns. Approx. Dist.: **14 %**

**The Trustee objects to confirmation for the following reasons:**

- 1325 (a)(5)(A): Secured creditor(s) provided for in the plan has/have NOT ACCEPTED the same.

- The Plan provides for the payment of post-petition arrears in the amount of $1,923.81 for Select Portfolio, however, creditor has not amended the claim to includes the arrears, therefore, it cannot be considered that creditor accepted the treatment provided in the plan.

- Section 361 & 363 of the Bankruptcy Code: The plan fails to provide for the payment of insurance for a collateral related to a secured debt being paid in full through the plan.

- The plan fails to provide for the payment of car insurance for the vehicle encumbered by Oriental Bank.

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: January 18, 2023

/s/ Mayra Arguelles, Esq.

---

Last Docket Verified: 48    Last Claim Verified: 6    CMC: NM