IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>DAMARYS FIGUEROA RIVERA<br><br>xx-xx-7042<br><br>Debtor(s) | CASE NO. 22-01797-MCF13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON AUG/04/2023 |

ORDER & NOTICE

The Debtor is ordered to reply, within 30 days, to the Trustee's unfavorable recommendation or the case may dismissed without need for a hearing or further notice. The confirmation hearing scheduled for August 17, 2023, at 9:00 AM, is hereby rescheduled for November 9, 2023, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances found on the homepage of our Website at https://www.prb.uscourts.gov/.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4 day of August, 2023.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge